Date: 05/24/11        **DIVIDENDS REMITTED TO THE COURT**    *# 15243*    Page: 1

Case Number 10-13728 - ZEMAN, GEORGE L

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT, LLC AS AGENT OF PORTFOLIO RECOVERY ASSOCS. PO BOX 12914 NORFOLK VA 23541 | 000016 | 115 | 303.75 | 4.93 |
| OHIO DEPT OF TAXATION | 000012A | 111 | 71.96 | 1.17 |
| ---------- Remittance Total --------------- | | | 375.71 | 6.10 |

_Alan J. Treinish, Trustee_
ALAN J. TREINISH, TRUSTEE

